

# NOTICE

Policy Period:     MAY 1, 2019  TO  MAY 1, 2020

Effective Date:    MAY 1, 2019

Policy Number:    7944-46-01

Insured Name:    JUJAMCYN THEATERS, LLC

Issue Date:      MAY 14, 2019

> ***NOTICE: THESE POLICY FORMS AND THE APPLICABLE RATES ARE EXEMPT FROM THE FILING REQUIREMENTS OF THE NEW YORK INSURANCE LAW AND REGULATIONS. HOWEVER, THE FORMS AND RATES MUST MEET THE MINIMUM STANDARDS OF THE NEW YORK INSURANCE LAW AND REGULATIONS.***

*CLASS:* 2   *RISK*
*STATISTICAL CODE:* 2-14160

**CHUBB**

**Customarq Series
Entertainment Insurance Program**

## Premium Bill

| | |
|---|---|
| *Policy Period* | MAY 1, 2019   TO   MAY 1, 2020 |
| *Effective Date* | MAY 1, 2019 |
| *Policy Number* | 7944-46-01 |
| *Insured* | JUJAMCYN THEATERS, LLC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | MAY 14, 2019 |

**Portion of total premium attributable for terrorism and statutory standard fire where applicable is   $ 36,469.00**

PLEASE SEND PAYMENT TO AGENT OR BROKER.

| Date Payment Due | Premium |
|---|---|
| MAY 1, 2019 | $ 65,830.44 |
| AUGUST 1, 2019 | $ 64,876.75 |
| NOVEMBER 1, 2019 | $ 64,876.75 |
| FEBRUARY 1, 2020 | $ 64,876.75 |

| *TOTAL* | $ 260,460.69 |
|---|---|

WHEN SENDING PAYMENT, PLEASE INDICATE POLICY NUMBER ON YOUR CHECK.

NOTE:  PLEASE RETURN THIS BILL WITH PAYMENT AND INCLUDE ANY ADDITIONAL CHANGES.

| NYFF | $ 953.69 |
|---|---|

Producer:
AON ALBERT G RUBEN INSURANCE SERVICES INC.
171 MADISON AVE STE 401
NEW YORK, NY 10016-0000



## *IMPORTANT NOTICE TO POLICYHOLDERS*

## *TERRORISM RISK INSURANCE ACT*

This Important Notice is being provided with your policy to further satisfy the disclosure requirements of the Terrorism Risk Insurance Act.

At the time you received the written offer for this policy, we provided you with an Important Notice to Policyholders indicating that the insurance provided in your policy for losses caused by certain acts of terrorism (as defined in the Terrorism Risk Insurance Act) would be partially reimbursed by the United States of America, pursuant to the formula set forth in the Terrorism Risk Insurance Act.  In addition, as required by the Terrorism Risk Insurance Act, we:

•       indicated that we would make available insurance for such losses in the same manner as we provide insurance for other types of losses;

•       specified the premium we would charge, if any, for providing such insurance; and

•       except to the extent prohibited by law, gave you the opportunity to reject such insurance and have a terrorism exclusion, sublimit or other limitation included in your policy.

This Important Notice refers back to that Important Notice and provides information about your decision and the manner in which your policy has been subsequently modified.

If:

•       You rejected terrorism insurance under the Terrorism Risk Insurance Act, your policy includes the appropriate amendatory endorsement(s).

•       You did not reject terrorism insurance under the Terrorism Risk Insurance Act, the premium charged for your policy, including that portion applicable to terrorism insurance under the Terrorism Risk Insurance Act, is shown in your policy. To the extent your policy includes a limitation on terrorism insurance, it has been modified so that such limitation does not apply to terrorism insurance under the Terrorism Risk Insurance Act.

Please carefully review your policy and the Important Notice previously provided to you for further details. Please remember that only the terms of your policy establish the scope of your insurance protection.

**Please note that if your policy**:

•       *provides commercial property insurance in a jurisdiction that has a statutory standard fire policy, the premium we charge for terrorism insurance under the Terrorism Risk Insurance Act, includes an amount attributable to the insurance provided pursuant to that standard fire policy. Rejection of such statutory insurance is legally prohibited.*

•       *is a workers compensation policy, rejection of insurance for terrorism is legally prohibited.*

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

*last page*

CHUBB°                    *IMPORTANT NOTICE TO POLICYHOLDERS*

**This Important Notice is not your policy. Please read your policy carefully to determine your rights, duties, and what is and what is not covered. Only the provisions of your policy determine the scope of your insurance protection.**

**THIS IMPORTANT NOTICE PROVIDES INFORMATION CONCERNING POSSIBLE IMPACT ON YOUR INSURANCE COVERAGE DUE TO COMPLIANCE WITH APPLICABLE TRADE SANCTION LAWS.**

**PLEASE READ THIS NOTICE CAREFULLY.**

Various trade or economic sanctions and other laws or regulations prohibit us from providing insurance in certain circumstances. For example, the United States Treasury Department's Office of Foreign Asset Control (OFAC) administers and enforces economic and trade sanctions and places restrictions on transactions with foreign agents, front organizations, terrorists, terrorists organizations, and narcotic traffickers. OFAC acts pursuant to Executive Orders of the President of the United States and specific legislation, to impose controls on transactions and freeze foreign assets under United States jurisdiction. (To learn more about OFAC, please refer to the United States Treasury's web site at http://www.treas.gov/ofac.)

To the extent that you or any other insured, or any person or entity claiming the benefits of this insurance has violated any applicable sanction laws, this insurance will not apply.

We have added a condition or section that applies to the entire policy called Compliance With Applicable Trade Sanctions, which stipulates that your insurance policy does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.



## *POLICYHOLDER NOTICE*

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.



*Important Notice To Policyholders*

**THIS IMPORTANT NOTICE PROVIDES INFORMATION CONCERNING NEW YORK CITY LOCATIONS REQUIRING JURISDICTIONAL INSPECTIONS**

**PLEASE READ THIS NOTICE CAREFULLY**

***New York City Department Of Buildings – Building Owner Registration Requirement To Prevent Jurisdictional Inspection Fines***

This Notice is intended to inform you that the New York City Department of Buildings requires building owners to register in the city's NOW Safety System. Required jurisdictional inspections can not be filed until this registration process has been completed and the email address of the building registrant has been provided to Chubb. Failure to complete registration and provide Chubb with this information will result in our inability to file inspections and can lead to missed inspection fines of $1,000 or more per object which will be your responsibility.

*Customarq Series*



# Entertainment Insurance Program

# FOR

# JUJAMCYN THEATERS, LLC

Producer:

AON ALBERT G RUBEN INSURANCE SERVICES INC.
15303 VENTURA BLVD #1200
SHERMAN OAKS, CA 91403-0000

Chubb Servicing Office:

NEW YORK CITY
1133 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

**CHUBB**®

**Customarq Series**
**Entertainment Insurance Program**

## How To Report A Loss

To report a **Loss**, use the following procedure.

### Loss Notification

If an **Insured Person** has a **Loss**, please contact us by telephone as soon as possible for further assistance:

Telephone Number: 1-800-252-4670

24 hours a day, 7 days a week

### Fax Number

You may also fax the loss report during normal business hours to:

Fax Number: 1-800-300-2538

### Mailing Address

You may mail your loss report to the following address:

Chubb Group Of Insurance Companies
Claim Service Center
600 Independence Parkway
P.O. Box 4700
Chesapeake, Va. 23327-4700

CHUBB®

**Customarq Series
Entertainment Insurance Program**

*Table Of Contents*

This Table Of Contents is provided to acquaint you with the overall organization of this policy.

<u>*POLICY ORGANIZATION*</u>

Insuring Agreement

Premium Summary

Property Insurance Section

       Property Schedule Of Forms & Declarations

       Property Contracts *

       Property Endorsements

Common Policy Section

       Common Policy Conditions

       Common Policy Endorsements

---

\* Note:        Each contract within a section has its own Table Of Contents to facilitate your use of them.



CHUBB®

## *Insuring Agreement*

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

*Named Insured and Mailing Address*

JUJAMCYN THEATERS, LLC
246 W 44TH ST
NEW YORK, NY 10036

*Policy Number*    7944-46-01

*Effective Date*    MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**FEDERAL INSURANCE**
**COMPANY**

*Producer No.*    0054359-99999

*Incorporated under the laws of*
*INDIANA*

*Producer*    AON ALBERT G RUBEN INSURANCE SERVICES INC.
15303 VENTURA BLVD #1200
SHERMAN OAKS, CA 91403-0000

## *Company and Policy Period*

Insurance is issued by the company in consideration of payment of the required premium.

This policy is issued for the period 12:01 AM standard time at the Named Insured's mailing address shown above:

From:  MAY 1, 2019          To:  MAY 1, 2020

Your acceptance of this policy terminates, effective with the inception of this policy, any prior policy of the same number issued to you by us.

This Insuring Agreement together with the Premium Summary, Schedule Of Forms, Declarations, Contracts, Endorsements and Common Policy Conditions comprise this policy.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

President

Secretary

Authorized  Representative

**CHUBB®**

## Customarq Series
## Entertainment Insurance Program

### Premium Summary

**Chubb Group of Insurance Companies**
**202B Hall's Mill Road**
**Whitehouse Station, NJ 08889**

*Named Insured and Mailing Address*

JUJAMCYN THEATERS, LLC
246 W 44TH ST
NEW YORK, NY 10036

Policy Number   7944-46-01

Effective Date   MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**FEDERAL INSURANCE**
**COMPANY**

*Producer No.*  0054359-99999

*Producer*     AON ALBERT G RUBEN INSURANCE SERVICES INC.
               15303 VENTURA BLVD #1200
               SHERMAN OAKS, CA 91403-0000

*Incorporated under the laws of*
*INDIANA*

---

## Policy Period

From:   MAY 1, 2019                 To:  MAY 1, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

---

## Premium Payment

The First Named Insured shown in the Declarations is responsible for the payment of all premiums and will be the payee for any return premiums we pay.

---

## Premium Audit

Certain classifications within our rates and rules indicate that premiums calculated therefrom can be significantly affected by large increases or decreases in your business results. Based upon our underwriting review of information provided by you, we may at our discretion perform a premium audit. You may also request such an audit.

If an audit is conducted and additional premiums are due, they are payable upon notice to the First Named Insured. If as a result of an audit the premium paid is greater than the earned premium, we will return the excess to the First Named Insured. The First Named Insured must keep records of the information we need to perform the audit and send us copies at such times as we may request.

---

| Coverage | Rate | Premium |
|---|---|---|
| *PROPERTY INSURANCE SECTION* | | $ 259,507 |

---

*Issue Date:  MAY 14, 2019*

continued



---

### *Premium Summary*
*(continued)*

### *TOTAL*                                                             **$ 259,507**

If ATD coverage is provided on this policy, additional certificate and handling fees may be imposed during the policy term.

### Coverage Premium

Additional certificate and handling fees may be imposed as respects to certification of pressure equipment as mandated by State and/or local jurisdictional authorities.

### Payment Plan

This policy premium is being billed as follows. The amounts shown are due and payable as of the dates shown below:

| <u>Date Payment Due</u> | <u>Amount Due</u> |
|---|---|
| MAY 1, 2019 | $ 65,830.44 |
| AUGUST 1, 2019 | $ 64,876.75 |
| NOVEMBER 1, 2019 | $ 64,876.75 |
| FEBRUARY 1, 2020 | $ 64,876.75 |
| NYFF | $ 953.69 |

PROPERTY

DECLARATIONS

**Property Insurance Section**


**Declarations**

# CHUBB®

## *Property Insurance*

## *Schedule of Forms*

| | |
|---|---|
| *Policy Period* | MAY 1, 2019   TO   MAY 1, 2020 |
| *Effective Date* | MAY 1, 2019 |
| *Policy Number* | 7944-46-01 |
| *Insured* | JUJAMCYN THEATERS, LLC |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | MAY 14, 2019 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 10-02-0939 | 3-11 | MISCELLANEOUS EQUIPMENT | 05/01/19 | 05/14/19 |
| 10-02-2341 | 3-11 | MISCELLANEOUS EQUIPMENT DEFINITION AMENDED - | 05/01/19 | 05/14/19 |
| 80-02-0315 | 1-15 | SUPP DEC-IMPAIRMENT OF COMP SERVICES | 05/01/19 | 05/14/19 |
| 80-02-0005 | 1-18 | PROPERTY DECLARATIONS | 05/01/19 | 05/14/19 |
| 80-02-0023 | 4-94 | NEW YORK MANDATORY DECLARATIONS | 05/01/19 | 05/14/19 |
| 80-02-0220 | 1-15 | PROPERTY SUPPLEMENTARY DECLARATIONS | 05/01/19 | 05/14/19 |
| 80-02-0225 | 7-03 | PROPERTY SUPPLEMENTARY DEC.-BUSINESS INCOME | 05/01/19 | 05/14/19 |
| 80-02-1000 | 6-05 | BUILDING AND PERSONAL PROPERTY | 05/01/19 | 05/14/19 |
| 80-02-1004 | 7-03 | BUSINESS INCOME WITH EXTRA EXPENSE | 05/01/19 | 05/14/19 |
| 80-02-1017 | 7-03 | ELECTRONIC DATA PROCESSING PROPERTY | 05/01/19 | 05/14/19 |
| 80-02-1018 | 7-03 | EXTRA EXPENSE | 05/01/19 | 05/14/19 |
| 80-02-1048 | 7-03 | ACCTS REC, FINE ARTS, MONEY & SEC, VAL PAPERS | 05/01/19 | 05/14/19 |
| 80-02-1095 | 7-03 | IMPAIRMENT OF COMPUTER SERVICES-MALICIOUS PGM | 05/01/19 | 05/14/19 |
| 80-02-1097 | 6-05 | PROPERTY/BI CONDITIONS & DEFINITIONS | 05/01/19 | 05/14/19 |
| 80-02-1303 | 10-06 | ADD'L PERIL - EQ LIMIT/DED OR WAITING PERIOD | 05/01/19 | 05/14/19 |
| 80-02-1380 | 6-05 | TOT ELEC ARCING,MECH BKDWN,STEAM BOILER EXCL | 05/01/19 | 05/14/19 |
| 80-02-1408 | 7-03 | NAMED INSURED | 05/01/19 | 05/14/19 |
| 80-02-1644 | 5-04 | ELECTRONIC DATA AND PERIL CHANGES | 05/01/19 | 05/14/19 |
| 80-02-1658 | 1-15 | CAP ON CERT. TERRORISM LOSSES (ALL PREMISES) | 05/01/19 | 05/14/19 |
| 80-02-1698 | 10-06 | ADD'L PERIL-FLOOD LIMIT/DED OR WAIT.PERIOD | 05/01/19 | 05/14/19 |
| 80-02-1933 | 1-16 | AMENDED CONDITIONS - NEW YORK MANDATORY | 05/01/19 | 05/14/19 |
| 80-02-5250 | 6-08 | ORD OR LAW & EXISTING GREEN STANDARDS LPB | 05/01/19 | 05/14/19 |
| 80-02-5310 | 2-12 | MECH. OR ELECT. SYSTEM OR APPARATUS DEF AMEND | 05/01/19 | 05/14/19 |
| 80-02-5355 | 1-15 | SPECIAL WAITING PERIOD PROVISION ADDED | 05/01/19 | 05/14/19 |
| 80-02-5357 | 1-15 | ADDITIONAL COVG ADDED - PROHIBITION OF ACCESS | 05/01/19 | 05/14/19 |
| 99-10-0996 | 4-18 | IMPORTANT NOTICE-NY LOC INSPECTIONS | 05/01/19 | 05/14/19 |

*last page*

**CHUBB**®

## Property Insurance
*Declarations*

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

*Policy Number*  7944-46-01
*Effective Date*   MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*
**FEDERAL INSURANCE**
**COMPANY**

*Incorporated under the laws of*
*INDIANA*

*Named Insured and Mailing Address*

JUJAMCYN THEATERS, LLC
246 W 44TH ST
NEW YORK, NY 10036

*Producer No.*   0054359-99999
*Producer*
AON ALBERT G RUBEN INSURANCE SERVICES INC.
15303 VENTURA BLVD #1200
SHERMAN OAKS, CA 91403-0000

**Policy Period:**      From:   MAY 1, 2019          To:  MAY 1, 2020
                        12:01 A.M. standard time at the Named Insured's mailing address shown above.

**Deductible**              $ 10,000
**Waiting Period**          24 HOURS
**Extended Period**         UNLIMITED

The information shown above applies to:
- all premises coverages;
- all additional coverages; and
- debris removal coverage,

and all premises shown in this and all other property declarations, unless corresponding specific information is shown as applicable to a specific premises or coverage.

### Premises Schedule

| | |
|---|---|
| 1. | 246 W 44TH ST, NEW YORK, NY 10036 |
| 2. | 302 WEST 45TH STREET, NEW YORK, NY 10005 |
| 3. | 219 WEST 48TH STREET, NEW YORK, NY 10005 |
| 4. | 230 WEST 49TH STREET, NEW YORK, NY 10005 |
| 5. | 90-12 ROCKAWAY, OZONE PARK, NY 11416 |
| 6. | 245 W 52ND ST, A/K/A 243-259 WEST 52ND ST, NEW YORK, NY 10019 |

**CHUBB**°

## Premises Coverages - Blanket Limits

_Blanket Number and Coverages_                                     _Limits Of Insurance_

1.   _BUILDING_                                                   $ 63,746,560
2.   _PERSONAL PROPERTY_                                          $ 3,490,000

**Premises Coverages** _If "Blanket" or "Loss Limit" is shown under Limits Of Insurance as applicable to a Premises, please refer to the "Premises Coverages – Blanket Limits" section or the "Loss Limits Of Insurance" section above to determine the Limit Of Insurance applicable to such Premises. "Blanket" limits are numbered for ease of reference. If a specific limit is shown under Limits Of Insurance for a Premises Coverage, that Limit applies to such coverage, even if a "Blanket" limit applies to other Premises Coverage at such premises._

_PREMISES # 1_        246 W 44TH ST
                      NEW YORK, NEW YORK  10036

|                                        |              | _Limits Of Insurance_ |
|----------------------------------------|--------------|-----------------------|
| BUILDING                               |              | BLANKET       1       |
|    DEDUCTIBLE                          | $ 100,000    |                       |
| PERSONAL PROPERTY                      |              | BLANKET       2       |
|    DEDUCTIBLE                          | $ 15,000     |                       |
| BUSINESS INCOME WITH EXTRA EXPENSE     |              | $ 3,300,000           |
|    WAITING PERIOD                      | 36  HOURS    |                       |
| CIVIL AUTHORITY                        |              |                       |
|    MILES                               | 10           |                       |
| FINE ARTS                              |              | $ 12,000              |
| VALUABLE PAPERS                        |              | $ 100,000             |

_PREMISES # 2_        302 WEST 45TH STREET
                      NEW YORK, NEW YORK  10005

|                                        |              | _Limits Of Insurance_ |
|----------------------------------------|--------------|-----------------------|
| BUILDING                               |              | BLANKET       1       |
|    DEDUCTIBLE                          | $ 100,000    |                       |
| PERSONAL PROPERTY                      |              | BLANKET       2       |
|    DEDUCTIBLE                          | $ 15,000     |                       |
| BUSINESS INCOME WITH EXTRA EXPENSE     |              | $ 6,700,000           |
|    WAITING PERIOD                      | 36  HOURS    |                       |
| CIVIL AUTHORITY                        |              |                       |
|    MILES                               | 10           |                       |
| FINE ARTS                              |              | $ 70,000              |
| VALUABLE PAPERS                        |              | $ 10,000              |

_PREMISES # 3_        219 WEST 48TH STREET
                      NEW YORK, NEW YORK  10005

**CHUBB**

### *Premises Coverages*
(continued)

|  |  | Limits Of Insurance |  |
|---|---|---|---|
| BUILDING |  | BLANKET | 1 |
|    DEDUCTIBLE | $ 100,000 |  |  |
| PERSONAL PROPERTY |  | BLANKET | 2 |
|    DEDUCTIBLE | $ 15,000 |  |  |
| BUSINESS INCOME WITH EXTRA EXPENSE |  | $ 3,300,000 |  |
|    WAITING PERIOD | 36 HOURS |  |  |
| CIVIL AUTHORITY |  |  |  |
|    MILES | 10 |  |  |
| FINE ARTS |  | $ 10,000 |  |
| VALUABLE PAPERS |  | $ 10,000 |  |

---

*PREMISES #4*     230 WEST 49TH STREET
                         NEW YORK, NEW YORK  10005

|  |  | Limits Of Insurance |  |
|---|---|---|---|
| BUILDING |  | BLANKET | 1 |
|    DEDUCTIBLE | $ 100,000 |  |  |
| PERSONAL PROPERTY |  | BLANKET | 2 |
|    DEDUCTIBLE | $ 15,000 |  |  |
| BUSINESS INCOME WITH EXTRA EXPENSE |  | $ 10,300,000 |  |
|    WAITING PERIOD | 36 HOURS |  |  |
| CIVIL AUTHORITY |  |  |  |
|    MILES | 10 |  |  |
| VALUABLE PAPERS |  | $ 10,000 |  |

---

*PREMISES #5*     90-12 ROCKAWAY
                         OZONE PARK, NEW YORK  11416

|  |  | Limits Of Insurance |  |
|---|---|---|---|
| PERSONAL PROPERTY |  | BLANKET | 2 |
|    DEDUCTIBLE | $ 15,000 |  |  |

---

*PREMISES #6*     245 W 52ND ST
                         A/K/A 243-259 WEST 52ND ST
                         NEW YORK, NEW YORK  10019

|  |  | Limits Of Insurance |  |
|---|---|---|---|
| BUILDING |  | BLANKET | 1 |
|    DEDUCTIBLE | $ 100,000 |  |  |
| PERSONAL PROPERTY |  | BLANKET | 2 |
|    DEDUCTIBLE | $ 15,000 |  |  |
| BUSINESS INCOME WITH EXTRA EXPENSE |  | $ 5,800,000 |  |
|    WAITING PERIOD | 36 HOURS |  |  |
| CIVIL AUTHORITY |  |  |  |

**CHUBB**

### *Premises Coverages*
*(continued)*

| | | Limits Of Insurance |
|---|---|---|
| MILES | 10 | |
| FINE ARTS | | $ 10,000 |
| VALUABLE PAPERS | | $ 10,000 |

### *Additional Coverages*

| | | Limits Of Insurance |
|---|---|---|
| MISCELLANEOUS EQUIPMENT | | |
| MISCELLANEOUS EQUIPMENT | | $ 100,000 |
| DEDUCTIBLE | $ 1,000 | |

Chubb. Insured.℠

**CHUBB®**          ## Property Insurance

## Supplementary Declarations – Impairment Of Computer Services – Malicious Programming

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

*Named Insured and Mailing Address*

JUJAMCYN THEATERS, LLC
246 W 44TH ST
NEW YORK, NY 10036

*Policy Number*   7944-46-01

*Effective Date*   MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**FEDERAL INSURANCE**
**COMPANY**

*Producer No.*   0054359-99999

*Producer*   AON ALBERT G RUBEN INSURANCE SERVICES INC.
15303 VENTURA BLVD #1200
SHERMAN OAKS, CA 91403-0000

*Incorporated under the laws of*
*INDIANA*

## Policy Period

From: MAY 1, 2019          To: MAY 1, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

The Limits Of Insurance shown below:

- are provided at no additional cost to you;
- apply anywhere within the Coverage Territory; and
- do not apply when the applicable coverage has been excluded as shown in the Declarations or by endorsement to this policy.

You may purchase increased Limits Of Insurance, and we will charge you an additional premium. If you purchase increased Limits Of Insurance, the Limits Of Insurance shown in the Declarations will reflect your total Limit Of Insurance, including the Limits Of Insurance shown below. Any applicable deductible will be shown in the Declarations with the coverage. If no deductible is shown in the Declarations with the coverage, then the Property Deductible will apply. Extra Expense is not subject to any deductible.

*IMPAIRMENT OF COMPUTER SERVICES – MALICIOUS PROGRAMMING*

| | |
|---|---|
| INSIDE ATTACK | $ 100,000 |
| OUTSIDE ATTACK – PER OCCURRENCE | $  10,000 |
| OUTSIDE ATTACK – ANNUAL AGGREGATE | $  50,000 |

_____

*Authorized Representative*

Chubb. Insured.℠

*Property Insurance*    *last page*

*Form 80-02-0315 (Ed. 1-15)*    *Supplementary Declarations – Impairment Of Computer Services – Malicious Programming*    *Page 2*

# CHUBB®

## Property Insurance

### *Declarations*

*Named Insured and Mailing Address*

JUJAMCYN THEATERS, LLC
246 W 44TH ST
NEW YORK, NY 10036

***Chubb Group of Insurance Companies***
***202B Hall's Mill Road***
***Whitehouse Station, NJ 08889***

*Policy Number*   7944-46-01

*Effective Date*   MAY 1, 2019

*Issued by the stock insurance company indicated below, herein called the company.*

**FEDERAL INSURANCE COMPANY**

*Incorporated under the laws of INDIANA*

*Producer No.*   0054359-99999

*Producer*   AON ALBERT G RUBEN INSURANCE SERVICES INC.
15303 VENTURA BLVD #1200
SHERMAN OAKS, CA 91403-0000

---

## Policy Period

From:   MAY 1, 2019          To:   MAY 1, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

---

The following information is being provided to you in accordance with the insurance regulations of the state of New York.

## Premises Coverages

PREMISES:   246 W 44TH ST
NEW YORK, NEW YORK  10036

### BUILDING
CONSTRUCTION TYPE      FIRE RESISTIVE AND MASONRY NON-COMBUSTIBLE
PROTECTION CLASS       01

PREMISES:   302 WEST 45TH STREET
NEW YORK, NEW YORK  10005

### BUILDING
CONSTRUCTION TYPE      FIRE RESISTIVE
PROTECTION CLASS       01

PREMISES:   219 WEST 48TH STREET
NEW YORK, NEW YORK  10005

### BUILDING
CONSTRUCTION TYPE      FIRE RESISTIVE
PROTECTION CLASS       01

---

## *Premises Coverages*
*(continued)*

PREMISES:        230 WEST 49TH STREET
                 NEW YORK, NEW YORK  10005

### *BUILDING*
CONSTRUCTION TYPE        FIRE RESISTIVE
PROTECTION CLASS         01

PREMISES:        245 W 52ND ST
                 A/K/A 243-259 WEST 52ND ST
                 NEW YORK, NEW YORK  10019

### *BUILDING*
CONSTRUCTION TYPE        FIRE RESISTIVE
PROTECTION CLASS         01

Chubb. Insured.℠

**CHUBB®**

### *Property Insurance*

### *Supplementary Declarations - Property*

*Chubb Group of Insurance Companies*
*202B Hall's Mill Road*
*Whitehouse Station, NJ 08889*

*Named Insured and Mailing Address*

JUJAMCYN THEATERS, LLC
246 W 44TH ST
NEW YORK, NY 10036

*Policy Number*   7944-46-01

*Effective Date*   MAY 1, 2019

*Issued by the stock insurance company*
*indicated below, herein called the company.*

**FEDERAL INSURANCE**
**COMPANY**

*Producer No.*   0054359-99999

*Producer*   AON ALBERT G RUBEN INSURANCE SERVICES INC.
15303 VENTURA BLVD #1200
SHERMAN OAKS, CA 91403-0000

*Incorporated under the laws of*
*INDIANA*

## Policy Period

From: MAY 1, 2019                    To: MAY 1, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

## Covered Premises $500,000 Blanket Limit Of Insurance

The Blanket Limit Of Insurance shown above applies only for the Premises Coverages shown below. Unless otherwise stated, this Blanket Limit Of Insurance applies separately at each covered premises shown in the Declarations. This Blanket Limit Of Insurance applies in excess of the applicable deductible shown in the Declarations.

At time of loss, the first Named Insured may elect to apportion this Blanket Limit Of Insurance to one or any combination of the Premises Coverages shown, but under no circumstance will the aggregate apportionment be permitted to exceed the Blanket Limit Of Insurance shown above at any one covered premises. For the purpose of the application of this $500,000 Blanket Limit Of Insurance, all property at one premises shall constitute a single premises.

Separate specific Limits Of Insurance may be purchased for each of these Premises Coverages. If purchased, these Limits Of Insurance and any applicable deductible will be shown in the Declarations with the Premises Coverages. If no deductible is shown in the Declarations with the Premises Coverages, then the Property Deductible will apply. When a specific Limit Of Insurance is purchased for any of these Premises Coverages, such specific Limit Of Insurance will apply in addition to whatever amount the first Named Insured apportions to that coverage at time of loss as provided in the previous paragraphs.

### *Coverages Included In The Blanket Limit Of Insurance:*

| | |
|---|---|
| ACCOUNTS  RECEIVABLE | LEASEHOLD  INTEREST – UNDAMAGED |
| ELECTRONIC DATA  PROCESSING PROPERTY |    TENANT'S IMPROVEMENTS & BETTERMENTS |
| FINE ARTS | NON – OWNED DETACHED TRAILERS |
| LEASEHOLD  INTEREST - | OUTDOOR TREES, SHRUBS, PLANTS  OR LAWNS |
|    BONUS PAYMENT, | PAIR AND SET |
|    PREPAID RENT, | PERSONAL PROPERTY  OF EMPLOYEES |
|    SUBLEASE PROFIT, | PUBLIC SAFETY  SERVICE CHARGES |
|    TENANTS'  LEASE INTEREST | RESEARCH AND DEVELOPMENT PROPER TY |
| | VALUABLE  PAPERS |

## *Property  Coverages*

The Limits Of Insurance shown below:

- are provided for the Premises Coverages and Additional Coverages shown at no additional cost to you;

- apply separately at each premises shown in the Declarations, except for the following Additional Coverages which apply anywhere within the Coverage Territory:

    - Any Other Location;

    - Deferred Payments;

    - Exhibition, Fair Or Trade Show;

    - Installation;

    - In Transit; or

    - Mobile Communication Property (greater than 1,000 feet from a premises shown in the Declarations); and

- do not apply when the applicable coverage has been excluded as shown in the Declarations or by endorsement to this policy.

The Limits Of Insurance for:

- Debris Removal; and

- Preparation Of Loss Fees,

apply separately at each premises shown in the Declarations or anywhere within the Coverage Territory.

You may purchase increased Limits Of Insurance, and we will charge you an additional premium. If you purchase increased Limits Of Insurance for any of these coverages, the Limits Of Insurance shown in the Declarations will reflect your total Limit Of Insurance, including the Limits Of Insurance shown below. Any applicable deductible will be shown in the Declarations with the coverage. If no deductible is shown in the Declarations with the coverage, then the Property Deductible will apply. Extra Expense Coverage is not subject to any deductible.

Extra expense is subject to the:

- Business Income With Extra Expense contract and Business Income With Extra Expense And Research And Development Income contract if purchased; or

- Extra Expense contract, if the Business Income With Extra Expense contract or Business Income With Extra Expense And Research And Development Income contract is not purchased.

**CHUBB**®    **Property Insurance**

## Supplementary Declarations - Property

| | |
|---|---|
| *Effective Date* | MAY 1, 2019 |
| *Policy Number* | 7944-46-01 |

---

| **Property Coverages** | **Limit Of Insurance** |
|---|---|
| ANY OTHER LOCATION | |
| ACCOUNTS RECEIVABLE | $ 75,000 |
| BUILDING COMPONENTS | $ 75,000 |
| ELECTRONIC DATA PROCESSING PROPERTY | $ 75,000 |
| FINE ARTS | $ 75,000 |
| PERSONAL PROPERTY | $ 75,000 |
| RESEARCH AND DEVELOPMENT PROPERTY | $ 75,000 |
| VALUABLE PAPERS | $ 75,000 |
| DEBRIS REMOVAL | |
| PREMISES SHOWN IN THE DECLARATIONS | $ 500,000 |
| ANY OTHER LOCATION | $ 50,000 |
| IN TRANSIT | $ 50,000 |
| DEFERRED PAYMENTS | $ 50,000 |
| EXHIBITION, FAIR OR TRADE SHOW | |
| ELECTRONIC DATA PROCESSING PROPERTY | $ 75,000 |
| FINE ARTS | $ 75,000 |
| PERSONAL PROPERTY | $ 75,000 |
| EXTRA EXPENSE | $ 250,000 |
| FUNGUS CLEAN-UP OR REMOVAL | $ 50,000 |
| INSTALLATION | |
| ANY JOB SITE | $ 50,000 |
| IN TRANSIT | $ 50,000 |

| Property Coverages | Limit Of Insurance |
|---|---|

*IN TRANSIT*

| | | |
|---|---|---|
| ACCOUNTS RECEIVABLE | $ | 50,000 |
| BUILDING COMPONENTS | $ | 50,000 |
| ELECTRONIC DATA PROCESSING PROPERTY | $ | 50,000 |
| FINE ARTS | $ | 50,000 |
| PERSONAL PROPERTY | $ | 50,000 |
| VALUABLE PAPERS | $ | 50,000 |

| | | |
|---|---|---|
| *LOSS OF MASTER KEY* | $ | 25,000 |
| *LOSS PREVENTION EXPENSES* | $ | 25,000 |
| *MOBILE COMMUNICATION PROPERTY* *(GREATER THAN 1,000 FEET FROM A PREMISES SHOWN IN THE DECLARATIONS )* | $ | 25,000 |

*MONEY & SECURITIES*

| | | |
|---|---|---|
| ON PREMISES | $ | 25,000 |
| OFF PREMISES | $ | 25,000 |

| | | |
|---|---|---|
| *POLLUTANT CLEAN-UP OR REMOVAL* | $ | 50,000 |
| *PROCESSING WATER* | $ | 25,000 |
| *PREPARATION OF LOSS FEES* | $ | 25,000 |

The following displays the Coverages and the applicable Limits Of Insurance for:

| Newly Acquired Premises Or Newly Acquired Or Constructed Property | Limit Of Insurance |
|---|---|

| | |
|---|---|
| *BUILDING* | $5,000,000 |
| *PERSONAL PROPERTY* | $2,500,000 |
| *PERSONAL PROPERTY AT EXISTING PREMISES* | $ 100,000 |
| *ELECTRONIC DATA PROCESSING EQUIPMENT* | $2,500,000 |
| *ELECTRONIC DATA* | $ 250,000 |
| *COMMUNICATION PROPERTY* | $ 250,000 |
| *FINE ARTS* | $ 50,000 |

**CHUBB**®    *Property Insurance*

*Supplementary Declarations - Property*

| | |
|---|---|
| *Effective Date* | MAY 1, 2019 |
| *Policy Number* | 7944-46-01 |

You may purchase increased Limits Of Insurance for any of the Newly Acquired Premises or Newly Acquired or Constructed Property Limits Of Insurance shown above and we will charge you an additional premium. If you purchase such increased Limits Of Insurance, the Limits Of Insurance shown in the Declarations will reflect your total limit, including the Limits Of Insurance shown above.

*Authorized Representative*

Chubb. Insured.℠

# CHUBB®

## Property Insurance

## Supplementary Declarations — Business Income

**Chubb Group of Insurance Companies**
**202B Hall's Mill Road**
**Whitehouse Station, NJ 08889**

*Named Insured and Mailing Address*

JUJAMCYN THEATERS, LLC
246 W 44TH ST
NEW YORK, NY 10036

*Policy Number*  7944-46-01

*Effective Date*  MAY 1, 2019

*Issued by the stock insurance company indicated below, herein called the company.*

**FEDERAL INSURANCE COMPANY**

*Producer No.* 0054359-99999

*Incorporated under the laws of INDIANA*

*Producer*     AON ALBERT G RUBEN INSURANCE SERVICES INC.
15303 VENTURA BLVD #1200
SHERMAN OAKS, CA 91403-0000

---

## Policy Period

From:   MAY 1, 2019          To:  MAY 1, 2020
12:01 A.M. standard time at the Named Insured's mailing address shown above.

---

## Additional Business Income Coverages

The Limits Of Insurance shown below are provided for the Premises Coverages and Additional Coverages shown at no additional cost to you. You may purchase increased Limits Of Insurance, and we will charge you an additional premium. If you purchase increased Limits Of Insurance for any of these coverages, the Limits Of Insurance shown in the Declarations will reflect your total Limit Of Insurance, including the Limits Of Insurance shown below.

Except for Dependent Business Premises, Any Other Location, Exhibition, Fair or Trade Show and Preparation Of Loss Fees, the Limits Of Insurance shown below apply at each premises for which you have purchased a Limit Of Insurance for Business Income as shown in the Declarations.

The Limit Of Insurance for Dependent Business Premises applies:

- at each of your **premises** for which you have purchased a Limit Of Insurance for Business Income as shown in the Declarations;

- separately to each **occurrence**, regardless of the number of **dependent business premises** that sustain covered direct physical loss or damage; and

- only if such direct physical loss or damage causes a business income loss (or extra expense loss if Business Income With Extra Expense is purchased) at your premises for which you have purchased a Limit Of Insurance for Business Income as shown in the Declarations,

provided that actual **loss** for such premises is the direct result of direct physical loss or damage, by a **covered peril**, to the **dependent business premises**.

---

If you increase the $250,000 Limit Of Insurance for Dependent Business Premises as provided for in this Supplementary Declarations, such increased Limit Of Insurance:

- will be shown in the Declarations and will reflect your total Dependent Business Premises Limit Of Insurance at the applicable **dependent business premises** shown in the Declarations; and

- is the most we will pay in any one **occurrence** at all premises for which a Limit Of Insurance for Business Income is shown in the Declarations.

The Limit Of Insurance for Any Other Location or Exhibition, Fair or Trade Show applies within the Coverage Territory of this policy.

The Limit Of Insurance for Preparation Of Loss Fees applies at each premises shown in the Declarations or anywhere within the Coverage Territory.

## Business Income Coverages | Limit Of Insurance

| Business Income Coverages | Limit Of Insurance |
|---|---|
| ANY OTHER LOCATION | $ 50,000 |
| CONTRACTUAL PENALTIES | $ 25,000 |
| DEPENDENT BUSINESS PREMISES | $ 250,000 |
| EXHIBITION, FAIR OR TRADE SHOW | $ 25,000 |
| PREPARATION OF LOSS FEES | $ 25,000 |
| INGRESS & EGRESS | $ 50,000 |
| LOSS OF UTILITIES | $ 25,000 |
| POLLUTANT CLEAN-UP OR REMOVAL | $ 25,000 |

The following displays the coverage and the applicable Limit Of Insurance provided for each newly acquired premises:

## Newly Acquired Premises | Limit Of Insurance

| Newly Acquired Premises | Limit Of Insurance |
|---|---|
| BUSINESS INCOME | $ 250,000 |

*Authorized Representative*

**Chubb. Insured.**℠

## *Property Insurance*

## *Building And Personal Property*

## *Table Of Contents*

| Section | Page No. |
|---|---|
| Premises Coverages | 3 |
| Additional Coverages | 7 |
| Debris Removal Coverage | 13 |
| Policy Exclusions | 14 |
| Additional Exclusions | 18 |
| Limits Of Insurance | 21 |
| Deductible | 22 |
| Loss Payment Basis | 22 |
| Loss Payment Basis Exceptions | 25 |
| Loss Payment Limitations | 27 |
| Conditions (Including Coverage Territory) | 28 |
| Additional Condition | 28 |
| Definitions | 29 |

PROPERTY

CONTRACT

BUILDING AND PERSONAL PROPERTY

*THIS PAGE INTENTIONALLY LEFT BLANK*

**CHUBB®**

## Building And Personal Property

### Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the Property/Business Income Conditions And Definitions form included in this policy.

Throughout this contract, the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance.

### Premises Coverages

The following Premises Coverages apply only at those premises for which a Limit Of Insurance applicable to such coverages is shown in the Declarations.

Except as otherwise provided, the loss or damage must:

- be caused by or result from a peril not otherwise excluded; and
- occur at, or within 1,000 feet of, the premises shown in the Declarations.

### Building Or Personal Property

We will pay for direct physical loss or damage to:

- **building**; or
- **personal property**,

caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit Of Insurance for Building Or Personal Property shown in the Declarations.

### Burglary Damage To Building

We will pay for direct physical loss or damage to a **building**:

- you do not own;
- you occupy; and
- for which you are contractually liable,

caused by or resulting from burglary or any attempt at burglary, not to exceed the Limit Of Insurance for Personal Property shown in the Declarations for the premises where the loss or damage occurred.

This Premises Coverage does not apply:

- to ensuing loss or damage caused by or resulting from a peril not otherwise excluded; or
- if a Limit Of Insurance for Building applicable to the premises, where the loss or damage occurred, is shown in the Declarations.

### Fungus Clean-up Or Removal

We will pay the costs you incur to clean up, remove, restore or replace covered property because of the presence of **fungus** at the premises shown in the Declarations.

The most we will pay at the premises for the sum of all such covered costs that occur during each separate 12-month policy period, regardless of whether this Premises Coverage appears in any other contract or contracts that form part of this policy is the applicable Limit Of Insurance for Fungus Clean-up Or Removal shown in the Declarations.

## Premises Coverages

**Fungus Clean-up Or Removal** *(continued)*

We will not pay for the costs to test for, monitor, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of **fungus**, other than payment for testing that is performed during the clean-up or removal of **fungus**.

This Premises Coverage does not apply if the presence of **fungus**:

A.   is caused by or results from:

    1.   a peril that is excluded under this insurance; or

    2.   moisture, other than **water** or **flood**, if the **flood** would be covered under this insurance;

B.   existed prior to the effective date shown in the Declarations;

C.   is not reported to us in writing as soon as possible after you first become aware, or in the exercise of reasonable care, should have become aware, of the presence of **fungus**; or

D.   is at premises that has been specifically excluded in the Declarations or by endorsement to this policy.

**Leasehold Interest - Bonus Payment, Prepaid Rent, Sublease Profit, Tenants' Lease Interest**

We will pay for the:

- **bonus payment;**
- **prepaid rent;**
- **sublease profit;** or
- **tenants' lease interest,**

loss you incur directly resulting from the cancellation of your written lease for the premises shown in the Declarations, not to exceed the applicable Limit Of Insurance for:

- Bonus Payment;
- Prepaid Rent;
- Sublease Profit; or
- Tenants' Lease Interest,

shown under Leasehold Interest in the Declarations.

Cancellation of the lease must be:

- by the lessor;
- by a valid condition of your lease; and
- due to direct physical loss or damage to a **building** caused by or resulting from a peril not otherwise excluded at the premises shown in the Declarations.

**Leasehold Interest - Undamaged Tenant's Improvements And Betterments**

We will pay for the value of undamaged **tenant's improvements and betterments** when your lease is canceled:

- by the lessor; and
- by a valid condition of your lease,