```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
JUJAMCYN THEATERS LLC,                                  :
                                                        :
                              Plaintiff,                :       20-cv-6781 (ALC)
                                                        :
               -against-                                :
                                                        :       ORDER DENYING MOTIONS
                                                        :       FOR JUDGMENT ON THE
FEDERAL INSURANCE COMPANY and                           :       PLEADINGS
PACIFIC INDEMNITY COMPANY,                              :
                                                        :
                              Defendants.               :
                                                        :
------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 3, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the Second Circuit's opinion in *10012 Holdings, Inc. v. Sentinel Ins. Co., Ltd.*, 21 F.4th 216 (2d Cir. 2021), the parties' cross motions for judgment on the pleadings, ECF Nos. 27 and 28, are denied without prejudice with leave to renew. No later than March 17, 2022, the parties shall submit a joint status letter regarding how they would like to proceed. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos 27 and 28.

**SO ORDERED.**

Dated:  March 3, 2022
        New York, New York

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**