| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------- x<br>**JUJAMCYN THEATERS LLC,**<br>　　　　　　　　　**Plaintiff,**<br>　　　　-against-<br>**FEDERAL INSURANCE COMPANY and<br>PACIFIC INDEMNITY COMPANY,**<br>　　　　　　　　　**Defendants.**<br>-------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: March 21, 2022<br><br>**20-cv-06781 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of the Parties' letter dated March 17, 2022 and Defendants' motion for reconsideration. ECF Nos. 36 and 37. In response, the Court clarifies its March 3, 2022 Order, denying without prejudice with leave to renew the Parties' cross motions for judgment on the pleadings, ECF Nos. 27 and 28, in light of the Second Circuit's opinion in *10012 Holdings, Inc. v. Sentinel Ins. Co., Ltd.*, 21 F.4th 216 (2d Cir. 2021). ECF No. 35. The Court intended for the Parties to address *10012 Holdings* in renewed briefing. No later than March 25, 2022, the Parties shall inform the Court whether they shall re-file their original motions or file new motions incorporating *10012 Holdings*, as well as submit a proposed briefing schedule for the Court's approval. A motion for reconsideration is thus unnecessary, though Defendants may include in the renewed briefing their arguments in the motion for reconsideration. The Parties shall also inform the Court whether they still request a conference.

**SO ORDERED.**

**Dated:　March 21, 2022**
**　　　　New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew L. Carter, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**