**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

**JUJAMCYN THEATERS LLC,**

                         Plaintiff,                         20 **CIVIL** 6781 (ALC)(JW)

      -against-                                 **JUDGMENT**

**FEDERAL INSURANCE COMPANY and**
**PACIFIC INDEMNITY COMPANY,**

                         Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated March 06, 2023, Plaintiff's motion for judgment on the pleadings is **DENIED** and Defendants' motion is **GRANTED IN PART** and **DENIED IN PART** as follows: Defendants' motion for judgment on the pleadings is **granted** in full as to the claims against Federal; Defendants' motion for judgment on the pleadings is **granted** as to the breach of the implied covenant of good faith and fair dealing and declaratory judgment claims against Pacific; Defendant Pacific's motion is **denied** regarding breach of contract; and Plaintiff's motion for judgment on the pleadings and motion to strike is **denied** in full.

**Dated:** New York, New York
       March 06, 2023

                                   **RUBY J. KRAJICK**

                                _____
                                    **Clerk of Court**

               **BY:**  _____

**Deputy Clerk**